

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: J.T. VAUGHN ENTERPRISES, INC. (INCORRECTLY NAMED AS J.T. VAUGHN CONSTRUCTION, LLC) AND CAPFORM, INC., | § <br><br> § <br><br> § <br><br> § <br> Relators. § <br><br> § <br><br> § | No. 08-14-00168-CV <br><br> AN ORIGINAL PROCEEDING <br><br> IN MANDAMUS |

**O R D E R**

The Court GRANTS the Real Party in Interest's third motion for extension of time within which to file the response until **September 4, 2014**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE REAL PARTY IN INTEREST'S RESPONSE TO RELATORS' PETITION FOR WRIT OF MANDAMUS WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alejandro Acosta III, the Real Party in Interest's Attorney, prepare the response and forward the same to this Court on or before September 4, 2014.

IT IS SO ORDERED this 22nd day of August, 2014.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.